**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                                    Case No. 07-cr-10-PB

**Phuong Luong, et al.**


**O R D E R**

     The defendant, through counsel, has moved to continue the March 6, 2007 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations or prepare a defense. The government and co-defendant, Dung Nguyen, do not object to a continuance of the trial date.

     Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 6, 2007 to June 5, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on May 22, 2007 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 23, 2007

cc: Adam Bernstein, Esq.
　　 Jennifer Cole Davis, AUSA
　　 Stanley Norkunas, Esq.
　　 United States Probation
　　 United States Marshal