```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                            Case No. 07-cr-10-PB

**Phuong H. Luong**

### O R D E R

The defendant, through counsel, has moved to continue the December 4, 2007 trial in the above case, citing the need for additional time to continue to explore an alternative pretrial disposition or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 4, 2007 to February 5, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The November 21, 2007 final pretrial conference is continued to January 29, 2008 at 4:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 7, 2007

cc: Adam H. Bernstein, Esq.
Jennifer C. Davis, AUSA
United States Probation
United States Marshal